**Order entered June 16, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00395-CV

## NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants

## V.

## ELISSA KATZ A/K/A LISA KATZ, DOMAIN VAULT, LLC, AND DOMAIN PROTECTION, LLC, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

## ORDER
Before Chief Justice Burns, Justice Goldstein, and Justice Smith

Based on the Court's opinion of this date, we **DENY** appellants' motion for an extension of time to file a petition for permissive appeal and dismiss the petition for permissive appeal.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE